# United States Court of Appeals
## For the First Circuit

No. 23-1265

FERNANDO ALBERTO DO MONTE AGUIAR,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Kayatta, Lynch and Montecalvo,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: May 10, 2023

      Petitioner Fernando Alberto Do Monte Aguiar seeks a stay of removal pending the resolution of his petition for review. Alternatively, he seeks a temporary stay pending adjudication of a collateral state court proceeding. Because the stay criteria set out in <u>Nken</u> v. <u>Holder</u>, 556 U.S. 418 (2009), are not sufficiently satisfied, the request for a stay of removal pending resolution of the petition, as well as the request for a temporary stay, are denied. The administrative stay entered in accordance with Local Rule 18.0 is vacated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jeffrey Brian Rubin, Todd C. Pomerleau, Michael B. Kaplan, Andrew B. Insenga, OIL